# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0707

VERSUS

EDWARD POLK

**OCTOBER 6, 2025**

---

In Re:   Edward Polk, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-10-0813.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act, if it has not already done so, on relator's motion for reconsideration of sentence, filed on October 9, 2024, on or before November 5, 2025, and to provide this court with a copy of its ruling by November 12, 2025. This court takes judicial notice that relator is an inmate serving a term of imprisonment with the Department of Public Safety and Corrections and that he is currently incarcerated at Raymond Laborde Correctional Center in Cottonport, Louisiana.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT